**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>REVLON, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10760 (DSJ)<br><br>(Jointly Administered) |
| AIMCO CLO 10 LTD, AIMCO CLO, SERIES 2017-A, AIMCO CLO, SERIES 2018-B, AIMCO CLO, SERIES 2015-A, AIMCO CLO, SERIES 2018-A, ALLSTATE INSURANCE COMPANY, ANTARA CAPITAL MASTER FUND LP, HALCYON LOAN ADVISORS FUNDING 2013-1 LTD, HALCYON LOAN ADVISORS FUNDING 2013-2 LTD, HALCYON LOAN ADVISORS FUNDING 2014-1 LTD, HALCYON LOAN ADVISORS FUNDING 2014-2 LTD, HALCYON LOAN ADVISORS FUNDING 2014-3 LTD, HALCYON LOAN ADVISORS FUNDING 2015-1 LTD, HALCYON LOAN ADVISORS FUNDING 2015-2 LTD, HALCYON LOAN ADVISORS FUNDING 2015-3 LTD, HALCYON LOAN ADVISORS FUNDING 2017-1 LTD, HALCYON LOAN ADVISORS FUNDING 2017-2 LTD, BENEFIT STREET PARTNERS CLO II LTD, BENEFIT STREET PARTNERS CLO III LTD, BENEFIT STREET PARTNERS CLO IV LTD, BENEFIT STREET PARTNERS CLO IX LTD, BENEFIT STREET PARTNERS CLO V LTD, BENEFIT STREET PARTNERS CLO VI-B, LTD, BENEFIT STREET PARTNERS CLO VII LTD, BENEFIT STREET PARTNERS CLO VIII LTD, BENEFIT STREET PARTNERS CLO X LTD, BENEFIT STREET PARTNERS CLO XII LTD, ACIS CLO 2014-5 LTD, BATTALION CLO IX LTD, BATTALION CLO VII LTD, BATTALION CLO VIII LTD, BATTALION CLO X LTD, BATTALION CLO XI LTD, BATTALION CLO XII LTD, BATTALION CLO XIV LTD, BIG RIVER GROUP FUND | Adv. Pro. No.<br>22-01167(DSJ) |

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

1

SPC LLC, BLUE FALCON LIMITED, BRIGADE COLLECTIVE INVESTMENT TRUST - BRIGADE DIVERSIFIED CREDIT CIT, BRIGADE CREDIT FUND II LTD., BRIGADE DEBT FUNDING I, LTD., BRIGADE DEBT FUNDING II, LTD., BRIGADE DISTRESSED VALUE MASTER FUND LTD., BRIGADE OPPORTUNISTIC CREDIT LBG FUND LTD., CITY OF PHOENIX EMPLOYEES' RETIREMENT PLAN, DELTA MASTER TRUST, FCA CANADA INC. ELECTED MASTER TRUST, FCA US LLC MASTER RETIREMENT TRUST, FEDEX CORPORATION EMPLOYEES' PENSION TRUST, FUTURE DIRECTIONS CREDIT OPPORTUNITIES FUND, ILLINOIS STATE BOARD OF INVESTMENT, JPMORGAN CHASE RETIREMENT PLAN BRIGADE BANK LOAN, JPMORGAN CHASE RETIREMENT PLAN BRIGADE HY BOND, LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION, MEDIOLANUM BEST BRANDS – GLOBAL HIGH YIELD, SUBCHAPTER 2, NORTHROP GRUMMAN PENSION MASTER TRUST (ACCOUNT A - HY), PANTHER BCM, LLC - CLASS A, SC CREDIT OPPORTUNITIES MANDATE, LLC, SEI GLOBAL MASTER FUND PLC THE SEI HIGH YIELD FIXED INCOME FUND, SEI INSTITUTIONAL INVESTMENTS TRUST - HIGH YIELD BOND FUND, SEI INSTITUTIONAL MANAGED TRUST - HIGH YIELD BOND FUND, SEI INSTITUTIONAL MANAGED TRUST - MULTI-STRATEGY ALTERNATIVE FUND, THE COCA-COLA COMPANY MASTER RETIREMENT TRUST, U.S. HIGH YIELD BOND FUND, CASTLEKNIGHT MASTER FUND LP, CORRE OPPORTUNITIES QUALIFIED MASTER FUND LP, CORRE HORIZON FUND, LP, CORRE HORIZON II FUND, LP, ELLINGTON CLO II LTD, ELLINGTON CLO I LTD , ELLINGTON CLO III LTD, GREYWOLF CLO II LTD, GREYWOLF CLO IV LTD (RE-ISSUE), GREYWOLF CLO V LTD, ARCH INVESTMENT HOLDINGS IV LTD, CARDINAL FUND LP, GIM CREDIT MASTER LUX SARL (FKA) HPS GIM CREDIT MASTER LUX SARL (FKA) HIGHBRIDGE GIM CREDIT MASTER LUX SARL, HPS LOAN MANAGEMENT 10 2016 LTD, HPS LOAN MANAGEMENT 11 2017 LTD (FKA) JORDY WAREHOUSE 2016 LTD, HPS LOAN MANAGEMENT 2013 2 LTD (FKA) HIGHBRIDGE LOAN

MANAGEMENT 2013 2 LTD (FKA LOMBARDI 2013 2 LLC), HPS LOAN MANAGEMENT 3 2014 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 3 2014 LTD, HPS LOAN MANAGEMENT 4 2014 LTD (FKA) HIGHBRIDGE LOAN MANAGMENT 4 2014 LTD, HPS LOAN MANAGEMENT 5 2015 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 5 2015 LTD, HPS LOAN MANAGEMENT 6 2015 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 6 2015 LTD, HPS LOAN MANAGEMENT 7 2015 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 7 2015 LTD, HPS LOAN MANAGEMENT 8 2016 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 8 2016 LTD, HPS LOAN MANAGEMENT 9 2016 LTD, INSTITUTIONAL CREDIT FUND SUBSIDIARY LP (FKA) HPS INSTITUTIONAL CREDIT FUND SUBSIDIARY LP, LIQUID LOAN OPPORTUNITIES MASTER FUND LP (FKA) HIGHBRIDGE LIQUID LOAN OPPORTUNITIES MASTER FUND LP (HIGHBRIDGE CAPITAL MANAGEMENT LLC), WATFORD ASSET TRUST I, ZURICH AMERICAN LIFE INSURANCE COMPANY - ZALICO VL SERIES ACCOUNT - 2, ZURICH AMERICAN INSURANCE COMPANY, LIVELLO CAPITAL SPECIAL OPPORTUNITIES MASTER FUND LP, JMP CREDIT ADVISORS CLO III R LTD (FKA) JMP CREDIT ADVISORS CLO III LTD, JMP CREDIT ADVISORS CLO IV LTD, JMP CREDIT ADVISORS CLO V LTD, VENTURE 28A CLO LIMITED, VENTURE 31 CLO LIMITED, VENTURE 32 CLO LIMITED, VENTURE 33 CLO LIMITED, VENTURE XII CLO LIMITED, VENTURE XIII CLO LIMITED, VENTURE XIV CLO LMITED, VENTURE XIX CLO LIMITED, VENTURE XV CLO LIMITED, VENTURE XVI CLO LIMITED, VENTURE XVII CLO LIMITED, VENTURE XVIII CLO LIMITED, VENTURE XX CLO LIMITED, VENTURE XXI CLO LIMITED, VENTURE XXII CLO LIMITED, VENTURE XXIII CLO LIMITED, VENTURE XXIX CLO LIMITED, VENTURE XXV CLO LIMITED, VENTURE XXX CLO LIMITED, NEW GENERATION LOAN FUND LIMITED PARTNERSHIP, NUVEEN ASSET MANAGEMENT, LLC ON BEHALF OF ALL ENTITIES UNDER ITS MANAGEMENT, NUVEEN ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - NUVEEN US SENIOR LOAN FUND (FKA BAYCITY ALTERNATIVE INVESTMENT FUNDS SICAV-SIF - BAYCITY US SENIOR LOAN FUND), NUVEEN HIGH

YIELD INCOME FUND, LP (FKA BAYCITY HIGH YIELD INCOME FUND, L.P.), NUVEEN LONG-SHORT CREDIT FUND, LP (AS SUCCESSOR IN INTEREST TO BAYCITY LONG-SHORT CREDIT MASTER FUND LTD.), NUVEEN SENIOR LOAN FUND, LP (FKA BAYCITY SENIOR LOAN FUND, L.P.), CALIFORNIA STREET CLO IX LIMITED PARTNERSHIP, CALIFORNIA STREET CLO XII, LTD. (FKA SYMPHONY CLO XII LTD.), MUNICIPAL EMPLOYEES ANNUITY AND BENEFIT FUND OF CHICAGO, NUVEEN CREDIT STRATEGIES INCOME FUND (FKA NUVEEN MULTI STRATEGY INCOME AND GROWTH FUND 2-JQC), NUVEEN DIVERSIFIED DIVIDEND AND INCOME FUND, NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND, NUVEEN FLOATING RATE INCOME FUND, NUVEEN SENIOR INCOME FUND, NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND , NUVEEN FLOATING RATE INCOME FUND, NUVEEN HIGH YIELD INCOME FUND (FKA NUVEEN SYMPHONY CREDIT OPPORTUNITIES FUND), PENSIONDANMARK PENSIONSFORSIKRINGSAKTIESELSKAB, PRINCIPAL DIVERSIFIED REAL ASSET CIT (FKA DIVERSIFIED REAL ASSET CIT), PRINCIPAL DIVERSIFIED REAL ASSET FUND, SCOF 2, LTD., SYMPHONY CLO XIV, LTD., SYMPHONY CLO XV, LTD., SYMPHONY CLO XVI, LTD. (FKA SYMPHONY XVI FUNDING LLC), SYMPHONY CLO XVII, LTD., SYMPHONY CLO XVIII, LTD., SYMPHONY FLOATING RATE SENIOR LOAN FUND, TCI-SYMPHONY CLO 2016-1, LTD., TCI-SYMPHONY CLO 2017-1, LTD., ZAIS CLO 1 LIMITED, ZAIS CLO 11 LIMITED, ZAIS CLO 2 LIMITED, ZAIS CLO 5 LIMITED, ZAIS CLO 6 LIMITED, ZAIS CLO 7 LIMITED, ZAIS CLO 8 LIMITED, ZAIS CLO 9 LIMITED, ZAIS CLO 13 LIMITED,  CEDAR FUNDING II CLO LTD, CEDAR FUNDING IV CLO LTD, CEDAR FUNDING V CLO LTD, CEDAR FUNDING VI CLO LTD, and CEDAR FUNDING VIII CLO LTD,

        Plaintiffs,

   v.

REVLON, INC., REVLON CONSUMER PRODUCTS CO., BEAUTYGE I, BEAUTYGE II, LLC, BRANDCO ALMAY 2020 LLC, BRANDCO CHARLIE 2020 LLC, BRANDCO CND 2020 LLC, BRANDCO CURVE 2020 LLC, BRANDCO ELIZABETH ARDEN 2020 LLC, BRANDCO GIORGIO BEVERLY HILLS 2020 LLC, BRANDCO HALSTON 2020 LLC, BRANDCO JEAN NATE 200 LLC, BRANDCO MITCHUM 2020 LLC, BRANDCO MULTICULTURAL GROUP 2020 LLC, BRANDCO PS 2020 LLC, BRANDCO WHITE SHOULDERS 2020 LLC, JEFFERIES FINANCE LLC, JEFFERIES LLC, ARES CORPORATE OPPORTUNITIES FUND V LP, ASOF HOLDINGS II LP, ASSF IV AIV B HOLDINGS III LP, ANGELO, GORDON & CO LP, CYRUS CAPITAL PARTNERS LP, DEUSTCHE BANK AG CAYMAN ISLANDS BRANCH, DIAMETER CAPITAL PARTNERS LP, GLENDON CAPITAL MANAGEMENT LP, KING STREET CAPITAL MANAGEMENT, LP, NUT TREE CAPITAL MANAGEMENT LP, OAK HILL ADVISORS LP & 140 SUMMER PARTNERS MASTER FUND LP, and JOHN DOE LENDERS 1-100, fictitiously named parties, true names being unknown,

Defendants.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Matthew L. Schwartz of Boies Schiller Flexner LLP, an attorney admitted to practice before this Court, hereby appears on behalf of Plaintiffs Aimco CLO 10 Ltd, Aimco CLO, Series 2017-A, Aimco CLO, Series 2018-B, Aimco CLO, Series 2015-A, Aimco CLO, Series 2018-A, Allstate Insurance Company, Antara Capital Master Fund LP, Halcyon Loan Advisors Funding 2013-1 Ltd, Halcyon Loan Advisors Funding 2013-2 Ltd, Halcyon Loan Advisors Funding 2014-1 Ltd, Halcyon Loan Advisors Funding 2014-2 Ltd, Halcyon Loan Advisors Funding 2014-3 Ltd, Halcyon Loan Advisors Funding 2015-1 Ltd, Halcyon Loan Advisors Funding 2015-2 Ltd, Halcyon Loan Advisors Funding 2015-3 Ltd,

5

Halcyon Loan Advisors Funding 2017-1 Ltd, Halcyon Loan Advisors Funding 2017-2 Ltd, Benefit Street Partners CLO II Ltd, Benefit Street Partners CLO III Ltd, Benefit Street Partners CLO IV Ltd, Benefit Street Partners CLO IX Ltd, Benefit Street Partners CLO V Ltd, Benefit Street Partners CLO VI-B, Ltd, Benefit Street Partners CLO VII Ltd, Benefit Street Partners CLO VIII Ltd, Benefit Street Partners CLO X Ltd, Benefit Street Partners CLO XII Ltd, Acis CLO 2014-5 Ltd, Battalion CLO IX Ltd, Battalion CLO VII Ltd, Battalion CLO VIII Ltd, Battalion CLO X Ltd, Battalion CLO XI Ltd, Battalion CLO XII Ltd, Battalion CLO XIV Ltd, Big River Group Fund Spc LLC, Blue Falcon Limited, Brigade Collective Investment Trust - Brigade Diversified Credit Cit, Brigade Credit Fund II Ltd., Brigade Debt Funding I, Ltd., Brigade Debt Funding II, Ltd., Brigade Distressed Value Master Fund Ltd., Brigade Opportunistic Credit Lbg Fund Ltd., City Of Phoenix Employees' Retirement Plan, Delta Master Trust, FCA Canada Inc. Elected Master Trust, FCA UU LLC Master Retirement Trust, FedEx Corporation Employees' Pension Trust, Future Directions Credit Opportunities Fund, Illinois State Board of Investment, JPMorgan Chase Retirement Plan Brigade Bank Loan, JPMorgan Chase Retirement Plan Brigade Hy Bond, Los Angeles County Employees Retirement Association, Mediolanum Best Brands – Global High Yield, Northrop Grumman Pension Master Trust (Account A - Hy), Panther Bcm, LLC - Class A, SC Credit Opportunities Mandate, LLC, SEI Global Master Fund Plc The Sei High Yield Fixed Income Fund, SEI Institutional Investments Trust - High Yield Bond Fund, SEI Institutional Managed Trust - High Yield Bond Fund, SEI Institutional Managed Trust - Multi-Strategy Alternative Fund, The Coca-Cola Company Master Retirement Trust, U.S. High Yield Bond Fund, Castleknight Master Fund LP, Corre Opportunities Qualified Master Fund LP, Corre Horizon Fund, LP, Corre Horizon II Fund, LP, Ellington CLO II Ltd, Ellington CLO I Ltd , Ellington CLO III Ltd, Greywolf CLO II Ltd, Greywolf CLO IV Ltd (Re-Issue), Greywolf CLO

6

V Ltd, Arch Investment Holdings IV Ltd, Cardinal Fund LP, Gim Credit Master Lux Sarl (fka) HPS Gim Credit Master Lux Sarl (fka) Highbridge Gim Credit Master Lux Sarl, HPS Loan Management 10 2016 Ltd, HPS Loan Management 11 2017 Ltd (fka) Jordy Warehouse 2016 Ltd, HPS Loan Management 2013 2 Ltd (fka) Highbridge Loan Management 2013 2 Ltd (fka Lombardi 2013 2 LLC), HPS Loan Management 3 2014 Ltd (fka) Highbridge Loan Management 3 2014 Ltd, HPS Loan Management 4 2014 Ltd (fka) Highbridge Loan Managment 4 2014 Ltd, HPS Loan Management 5 2015 Ltd (fka) Highbridge Loan Management 5 2015 Ltd, HPS Loan Management 6 2015 Ltd (fka) Highbridge Loan Management 6 2015 Ltd, HPS Loan Management 7 2015 Ltd (fka) Highbridge Loan Management 7 2015 Ltd, HPS Loan Management 8 2016 Ltd (fka) Highbridge Loan Management 8 2016 Ltd, HPS Loan Management 9 2016 Ltd, Institutional Credit Fund Subsidiary LP (fka) HPS Institutional Credit Fund Subsidiary LP, Liquid Loan Opportunities Master Fund LP (fka) Highbridge Liquid Loan Opportunities Master Fund LP (Highbridge Capital Management LLC), Watford Asset Trust I, Zurich American Life Insurance Company - Zalico VL Series Account - 2, Zurich American Insurance Company, Livello Capital Special Opportunities Master Fund LP, JMP Credit Advisors CLO III R Ltd (fka) JMP Credit Advisors CLO III Ltd, JMP Credit Advisors CLO IV Ltd, JMP Credit Advisors CLO V Ltd, Venture 28a CLO Limited, Venture 31 CLO Limited, Venture 32 CLO Limited, Venture 33 CLO Limited, Venture XII CLO Limited, Venture XIII CLO Limited, Venture XIV CLO Limited, Venture XIX CLO Limited, Venture XV CLO Limited, Venture XVI CLO Limited, Venture XVII CLO Limited, Venture XVIII CLO Limited, Venture XX CLO Limited, Venture XXI CLO Limited, Venture XXII CLO Limited, Venture XXIII CLO Limited, Venture XXIX CLO Limited, Venture XXV CLO Limited, Venture XXX CLO Limited, New Generation Loan Fund Limited Partnership, Nuveen Asset Management, LLC, on behalf of all entities under its management Nuveen Alternative Investment

Funds SICAV-SIF - Nuveen US Senior Loan Fund (fka BayCity Alternative Investment Funds SICAV-SIF - BayCity US Senior Loan Fund), Nuveen High Yield Income Fund, LP (fka BayCity High Yield Income Fund, L.P.), Nuveen Long-Short Credit Fund, LP (as successor in interest to BayCity Long-Short Credit Master Fund Ltd.), Nuveen Senior Loan Fund, LP (fka BayCity Senior Loan Fund, L.P.) California Street CLO IX Limited Partnership, California Street CLO XII, Ltd. (fka Symphony CLO XII Ltd.) Municipal Employees Annuity and Benefit Fund of Chicago, Nuveen Credit Strategies Income Fund (fka Nuveen Multi Strategy Income and Growth Fund 2-JQC), Nuveen Diversified Dividend and Income Fund, Nuveen Floating Rate Income Opportunity Fund, Nuveen Floating Rate Income Fund, Nuveen Senior Income Fund, Nuveen Short Duration Credit Opportunities Fund , Nuveen Floating Rate Income Fund, Nuveen High Yield Income Fund (fka Nuveen Symphony Credit Opportunities Fund), Pensiondanmark Pensionsforsikringsaktieselskab – Pensiondanmark Pensionsforsikringsaktieselskab, Principal Diversified Real Asset Cit (fka Diversified Real Asset CIT), Principal Diversified Real Asset Fund, SCOF 2, Ltd., Symphony CLO XIV, Ltd., Symphony CLO XV, Ltd., Symphony CLO XVI, Ltd. (fka Symphony XVI Funding LLC), Symphony CLO XVII, Ltd., Symphony CLO XVIII, Ltd., Symphony Floating Rate Senior Loan Fund, TCI-Symphony CLO 2016-1, Ltd., TCI-Symphony CLO 2017-1, Ltd., ZAIS CLO 1 Limited, ZAIS CLO 11 Limited, ZAIS CLO 2 Limited, ZAIS CLO 5 Limited, ZAIS CLO 6 Limited, ZAIS CLO 7 Limited, ZAIS CLO 8 Limited, ZAIS CLO 9 Limited, ZAIS CLO 13 Limited,Cedar Funding II CLO Ltd, Cedar Funding IV CLO Ltd, Cedar Funding V CLO Ltd, Cedar Funding VI CLO Ltd and Cedar Funding VIII LO Ltd in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Bankruptcy Rules 2002, 9007 and 9010, all notices, motions, applications, reports, stipulations, pleadings, orders,

complaints, and other documents filed in the above-captioned matter without limitation should be duly served upon:

> Matthew L. Schwartz
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, New York 10001
> Phone: (212) 446-2300
> Facsimile: (212) 446-2350
> mlschwartz@bsfllp.com

Dated: New York, New York
      November 11, 2022

BOIES SCHILLER FLEXNER LLP

By: /s/ *Matthew L. Schwartz*

Matthew L. Schwartz
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com

*Counsel for Plaintiffs*