**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., *et al.*,[1] | Case No. 22-10760 (DSJ) |
| Debtors. | (Jointly Administered) |
| | |
| AIMCO CLO 10 LTD, *et al*. | Adv. Pro. No. 22-01167 (DSJ) |
| Plaintiffs, | |
| v. | |
| REVLON, INC., *et al*. | |
| Defendants. | |

## MEMORANDUM ENDORSED ORDER

On November 17, 2022, Plaintiffs' counsel filed a letter asking the Court to schedule an on-the-record telephonic conference regarding scheduling in this adversary proceeding (the "Letter") [ECF No. 5]. The Court will hold a conference on **Monday, November 21, 2022 at 3:00 p.m.** (Prevailing Eastern Time) via Zoom for Government. Those wishing to appear before the Court at the conference must register their appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

---

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Court has granted joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

Appearances must be entered no later than **Monday, November 21, 2022 at 9:00 a.m.** (Prevailing Eastern Time).

Any party wishing to respond to Plaintiffs' Letter shall file its response, not to exceed three single-spaced pages, no later than **Saturday, November 19, 2022 at 12:00 p.m.** (Prevailing Eastern Time).

**It is so ordered.**

New York, New York
Dated: November 18, 2022

*s/David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE