**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> REVLON, INC., *et al.*, <br><br>                     Debtors. | Chapter 11 <br><br> Case No. 22-10760 (DSJ) <br><br> (Jointly Administered) |
| AIMCO CLO 10 LTD, *et al.*, <br><br>                     Plaintiffs, <br><br>      v. <br><br> REVLON, INC., *et al.*, <br><br>                     Defendants. | Adv. Pro. No. 22-01167 (DSJ) |

**DEBTORS' NOTICE OF MOTION TO DISMISS THE ADVERSARY COMPLAINT**

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Tel: (212) 307-8160
Fax: (212) 607-8161

**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10022
Tel: (212) 235-0300

*Counsel and Special Litigation Counsel for the Debtors and Debtors in Possession*

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of the Debtors' Motion to Dismiss the Adversary Complaint and the Declaration of Sean Mitchell and the exhibits thereto, the above captioned debtors and debtors in possession move this Court, before the Honorable David S. Jones at the Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004, for an order (a) dismissing Counts One through Thirteen of the Complaint, with prejudice, or in the alternative, striking Counts One through Thirteen of the Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and Federal Rule of Bankruptcy Procedure 7012, and (b) staying Counts Fourteen, Sixteen and Seventeen pending this Court's consideration of the forthcoming chapter 11 plan of reorganization and the settlements incorporated therein.

Dated: New York, New York
December 5, 2022

Respectfully submitted,

*/s/ Lewis R. Clayton*
Paul M. Basta
Lewis R. Clayton
Alice B. Eaton
William A. Clareman
Kyle J. Kimpler
Robert A. Britton
Jonathan Hurwitz
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

*/s/ Steven F. Molo*
Steven F. Molo
Justin M. Ellis
Sara E. Margolis

1

Caleb Hayes-Deats
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Tel: (212) 607-8160
Fax: (212) 607-8161


*/s/ Howard J. Kaplan*
Howard J. Kaplan
**KAPLAN RICE LLP**
142 West 57th Street, Suite 4A
New York, NY 10019
Tel: (212) 235-0300

*Kaplan Rice LLP is Special Litigation Counsel for the Debtors with respect to Plaintiffs affiliated with or managed by HPS Investment Partners. MoloLamken LLP is Special Litigation Counsel for the Debtors with respect to Plaintiffs affiliated with or managed by Brigade Capital Management and Nuveen Asset Management, LLC. Paul, Weiss, Rifkind, Wharton & Garrison LLP is counsel for the Debtors with respect to all other Plaintiffs.*