DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Eli Vonnegut
Elliot Moskowitz
Angela M. Libby
Stephanie Massman
Garrett L. Cardillo

*Counsel to Defendants 140 Summer Partners Master Fund, L.P., Angelo, Gordon & Co., L.P., Ares Corporate Opportunities Fund V, L.P., ASOF Holdings II, L.P., ASSF AIV B Holdings III, L.P., Diameter Capital Partners, L.P., Cyrus Capital Partners, L.P., Deutsche Bank AG Cayman Islands Branch, Glendon Capital Management, L.P., King Street Management, L.P., Oak Hill Advisors, L.P., and Nut Tree Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**REVLON, INC., *et al.*,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 22-10760 (DSJ)**<br><br>**(Jointly Administered)** |
| **AIMCO CLO 10 LTD, *et al.***<br><br>**Plaintiffs**,<br>**v.**<br><br>**REVLON INC., *et al.*,**<br><br>**Defendants.** | **Adv. Pro. No. 22-01167 (DSJ)** |

**BRANDCO LENDERS' MOTION TO DISMISS**
**ADVERSARY PROCEEDING COMPLAINT**

[1] The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

140 Summer Partners Master Fund, L.P., Angelo, Gordon & Co., L.P., Ares Corporate Opportunities Fund V, L.P., ASOF Holdings II, L.P., ASSF AIV B Holdings III, L.P., Deutsche Bank AG Cayman Islands Branch, Diameter Capital Partners, L.P., Glendon Capital Management, L.P., King Street Management, L.P., Oak Hill Advisors, L.P., Cyrus Capital Partners, L.P., and Nut Tree Capital Management, L.P., (the "BrandCo Lenders"),[2] which are creditors and parties-in-interest in the above-captioned jointly administered proceedings, respectfully submits this motion to dismiss with prejudice the complaint ("Complaint") filed in the above-captioned adversary proceeding ("Adversary Proceeding") by Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 7012, which incorporates Federal Rule of Civil Procedure 12(b)(6) ("Motion"). The BrandCo Lenders respectfully state as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This adversary proceeding constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and, pursuant to Federal Rule of Bankruptcy Procedure 7008, the BrandCo Lenders consent to entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

2. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

[2] Ares Corporate Opportunities Fund V, L.P. and ASSF AIV B Holdings III, L.P. are not lenders under the BrandCo Credit Agreement (as defined in the BrandCo Lenders' accompanying memorandum of law), but, for convenience, will be referred to as BrandCo Lenders.

## BASIS FOR REQUESTED RELIEF

3. The BrandCo Lenders are filing contemporaneously herewith a memorandum of law in support of the Motion, which provides details of the legal bases for the requested relief.

## NOTICE

4. The BrandCo Lenders will serve a copy of this Motion and the accompanying memorandum of law on Plaintiffs and on the Debtors, and Jefferies Finance LLC and Jefferies LLC, which are also named as defendants in the Complaint. In light of the relief requested herein, the BrandCo Lenders submits that no other or further notice need be provided.

## NO PREVIOUS REQUEST

5. No previous request for the relief sought herein has been made by the BrandCo Lenders to this Court or any other court.

WHEREFORE, the BrandCo Lenders respectfully requests that this Court dismiss Plaintiffs' Complaint with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7012, which incorporates Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted and grant such further relief as the Court may deem just and appropriate.

Dated: December 5, 2022
New York, New York

By: */s/ Elliot Moskowtiz*
Eli Vonnegut
Elliot Moskowitz
Angela M. Libby
Stephanie Massman
Garrett L. Cardillo

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to Defendants 140 Summer Partners Master Fund, L.P., Angelo, Gordon & Co., L.P., Ares Corporate Opportunities Fund V, L.P., ASOF Holdings II, L.P., ASSF AIV B Holdings III, L.P., Diameter Capital Partners, L.P., Cyrus Capital Partners, L.P., Deutsche Bank AG Cayman Islands Branch, Glendon Capital Management, L.P., King Street Management, L.P., Oak Hill Advisors, L.P., and Nut Tree Capital Management, L.P.*