UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

REVLON, INC., et al.,

                      Debtors.
-------------------------------------------------------------------X
AIMCO CLO 10 LTD., et al.,

                      Plaintiffs,
v.

REVLON, INC., et al.,

                      Defendants.
-------------------------------------------------------------------X

Chapter 11

Case No. 22-10760 (DSJ)
(Jointly Administered)

Adv. Pro. No. 22-1167 (DSJ)

## AMENDED ORDER REGARDING DISCOVERY DISPUTE REFERENCED IN PLAINTIFFS' AND BRANDCO LENDER DEFENDANTS' LETTER APPLICATIONS DATED FEBRUARY 13, 2023, AND FEBRUARY 15, 2023

      The Court conducted a conference on February 15, 2023, regarding a discovery dispute described in a letter application by Plaintiffs dated February 13, 2023, to which the BrandCo Lender Defendants submitted a response on February 15. The Court has considered those submissions and the statements of counsel at the February 15 conference, at which the parties described an agreement on the immediate issue that was the subject of Plaintiffs' request for a discovery conference. That agreed upon resolution was acceptable to the Court and no other party objected.

      The Court therefore ORDERS that the parties' discovery dispute is resolved by consent of the parties on the terms and for the reasons stated on the record on February 15, 2023. No further action of the Court is required.

It is so ordered.

Dated: New York, New York
       February 15, 2023
                                                          _s/ David S. Jones_
                                                          Honorable David S. Jones
                                                          United States Bankruptcy Judge