UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>REVLON, INC., *et al.*,<br><br>                                      Debtors. | Chapter 11<br><br>Case No. 22-10760 (DSJ)<br><br>(Jointly Administered) |
| AIMCO CLO 10 LTD, *et al.*,<br><br>                                      Plaintiffs,<br><br>v.<br><br>REVLON, INC., *et al.,*<br><br>                                      Defendants. | Adv. Pro. No. 22-01167 (DSJ) |

**ORDER GRANTING DEBTORS'**
**MOTION TO DISMISS THE ADVERSARY COMPLAINT**

WHEREAS, on October 31, 2022, the Plaintiffs in this proceeding filed an *Adversary Complaint* (the "Complaint") (ECF No. 1);

WHEREAS, on December 5, 2022, the debtors and debtors in possession who are defendants in this proceeding (collectively, the "Debtor Defendants") filed a *Motion to Dismiss the Adversary Complaint* (the "Debtor Defendants' Motion to Dismiss") (ECF No. 15);

WHEREAS, on December 5, 2022, 140 Summer Partners Master Fund, L.P., Angelo, Gordon & Co., L.P., Ares Corporate Opportunities Fund V, L.P., ASOF Holdings II, L.P., ASSF AIV B Holdings III, L.P., Deutsche Bank AG Cayman Islands Branch, Diameter Capital Partners, L.P., Glendon Capital Management, L.P., King Street Management, L.P., Oak Hill Advisors, L.P., Cyrus Capital Partners, L.P., and Nut Tree Capital Management, L.P., (the "BrandCo Lenders") filed a *Motion to Dismiss the*

1

*Adversary Proceeding Complaint* (the "Brandco Lenders' Motion to Dismiss") (ECF No. 21);

WHEREAS, on December 5, 2022, Jefferies Finance LLC and Jefferies LLC (the "Jefferies Entities") filed a *Motion to Dismiss Plaintiffs' Adversary Complaint* ("Jefferies Entities' Motion to Dismiss") (ECF No. 23);

WHEREAS, on January 9, 2023, Plaintiffs filed a *Consolidated Opposition to Defendants' Motions to Dismiss* (the "Opposition") (ECF No. 71);

WHEREAS, on January 23, 2023, the Debtor Defendants, the BrandCo Lenders, and the Jefferies Entities each filed a Reply in further support of their respective motions (ECF Nos. 82, 85, and 79, respectively);

WHEREAS, on February 2, 2022, the Court held oral argument on the motions to dismiss the Adversary Complaint;

WHEREAS, on February 14, 2022, the Court issued its *Decision Granting the Debtor Defendants' Motion to Dismiss All Claims Against Them and All Equitable Claims in the Complaint* (the "Decision") (ECF No. 113);

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

1. The Debtor Defendants' Motion to Dismiss all claims against them and all of the Complaint's claims for equitable relief is GRANTED.

2. All counts of the Complaint are hereby dismissed ~~with prejudice~~ to the extent they seek relief from the Debtor Defendants.  **[DSJ 2/16/23]**

3. This Decision resolves only the Debtor Defendants' Motion as well as all of the Complaint's claims for equitable relief.  The BrandCo Lenders' Motion to Dismiss and the Jefferies Entities' Motion to

2

Dismiss the remaining claims will be resolved in a separate decision and order.

Dated:   New York, New York             *s/ David S. Jones*
        February 16, 2023               HONORABLE DAVID S. JONES
                                                    UNITED STATES BANKRUPTCY JUDGE