Paul M. Basta
Lewis R. Clayton
Alice Belisle Eaton
William A. Clareman
Kyle J. Kimpler
Robert A. Britton
Jonathan Hurwitz
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>REVLON, INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10760 (DSJ)<br><br>(Jointly Administered) |
| AIMCO CLO 10 LTD, *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br><br>REVLON, INC., *et al.*,<br><br>                Defendants. | Adv. Pro. No. 22-01167 (DSJ) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) FINAL DEADLINES FOR FILING CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that on April 3, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1746] (the "Confirmation Order"), confirming the *Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

[Docket No. 1727] (with all supplements and exhibits thereto, as it has been and may be amended, altered, modified, revised, or supplemented from time to time, the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2023, the Debtors filed the *Revised Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1802].

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2023, the Debtors filed the *Revised Third Amended Joint Plan of Reorganization of Revlon, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1860].

**PLEASE TAKE FURTHER NOTICE** that on **May 2, 2023**, the Effective Date of the Plan occurred. All conditions precedent to the Effective Date set forth in Article XI.A of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Plan, requests for payment of Administrative Claims that accrued before the Effective Date (other than Professional Compensation Claims) must be Filed and served on the Reorganized Debtors pursuant to the procedures specified in the Confirmation Order no later than June 1, 2023 (*i.e.*, thirty (30) calendar days after the Effective Date). **HOLDERS OF ADMINISTRATIVE CLAIMS THAT ARE REQUIRED TO, BUT DO NOT, FILE AND SERVE A REQUEST FOR PAYMENT OF SUCH ADMINISTRATIVE CLAIMS BY SUCH DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS OR THE REORGANIZED DEBTORS OR THEIR RESPECTIVE PROPERTY OR ESTATES AND SUCH ADMINISTRATIVE CLAIMS SHALL BE DEEMED DISCHARGED AS OF THE EFFECTIVE DATE. IF FOR ANY REASON ANY SUCH ADMINISTRATIVE CLAIM IS INCAPABLE OF BEING FOREVER BARRED AND DISCHARGED, THEN THE HOLDER OF SUCH CLAIM SHALL NOT HAVE RECOURSE TO ANY PROPERTY OF THE REORGANIZED DEBTORS TO BE DISTRIBUTED PURSUANT TO THE PLAN.**

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, all final requests for payment of Professional Compensation Claims shall be Filed no later than June 16, 2023 (*i.e.*, the first Business Day that is forty-five (45) calendar days after the Effective Date).

**PLEASE TAKE FURTHER NOTICE** that the release, exculpation, and injunction provisions set forth in, among others, Articles X.D, X.E, X.F, and X.G of the Plan, are immediately effective as of the Effective Date and binding on all Persons and Entities to the extent set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Documents, and the Confirmation Order are effective and enforceable and binding upon the Debtors, the Reorganized Debtors, all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan and the Confirmation Order, each Entity acquiring property under the Plan or the Confirmation Order, any and all non-Debtor parties to

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Confirmation Order or the Plan, as applicable.

Executory Contracts and Unexpired Leases with the Debtors, any Holder of a Claim or an Interest, and each of their respective heirs executors, administrators, successors, and assigns, whether or not: (a) the Claim or Interest is Impaired under the Plan; (b) such Holder has accepted or rejected the Plan; (c) such Holder has failed to vote to accept or reject the Plan; (d) such Holder is entitled to a distribution under the Plan; (e) such Holder will receive or retain any property or interests in property under the Plan; or (f) such Holder has filed a Proof of Claim in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of Confirmation Order, the Plan, the Plan Supplement, and related documents can be viewed and/or obtained by: (a) accessing the Court's website at http://www.nysb.uscourts.gov, or (b) from the Debtors' notice and claims agent, Kroll, at https://cases.ra.kroll.com/Revlon or by calling (855) 631-5341 (toll free) for U.S. and Canada-based parties or +1 (646) 795-6968 for international parties. Note that a PACER password is needed to access documents on the Court's website.

**Please take further notice that _your rights may be affected_. You should read the Plan and the Confirmation Order carefully and discuss it with your attorney, if you have one. If you do not have an attorney, you may wish to consult with one.**

> **IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE, PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION BY CALLING +1 (855) 631-5341 (TOLL-FREE) OR +1 (646) 795-6968 (INTERNATIONAL). YOU MAY ACCESS DOCUMENTS AND CASE INFORMATION AT:
> HTTPS://CASES.RA.KROLL.COM/REVLON/**

| | |
|---|---|
| New York, New York<br>Dated: May 2, 2023 | */s/ Robert A. Britton*<br>Paul M. Basta<br>Lewis R. Clayton<br>Alice Belisle Eaton<br>William A. Clareman<br>Kyle J. Kimpler<br>Robert A. Britton<br>Jonathan Hurwitz<br>Sean A. Mitchell<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>pbasta@paulweiss.com<br>lclayton@paulweiss.com<br>aeaton@paulweiss.com<br>kkimpler@paulweiss.com<br>rbritton@paulweiss.com<br>jhurwitz@paulweiss.com<br>smitchell@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |